

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2015

No. 04-15-00597-CV

Julia Ann **HERNANDEZ**,
Appellant

v.

Jaqueline R. **GOEDE**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2015CV00194
Honorable David J. Rodriguez, Judge Presiding

### ORDER

In accordance with this court's opinion issued this date, this appeal is DISMISSED for want of jurisdiction. It is ORDERED that costs shall be assessed against appellant.

It is so **ORDERED** on October 28, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2015.

_____
Keith E. Hottle, Clerk